AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| EATON CORPORATION<br><br>*Plaintiff(s)*<br>v.<br>EATON THERMAL PRODUCTS, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-cv-00159-GKF-SH<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EATON THERMAL PRODUCTS, LLC
c/o Michael S. Linscott
Doerner Saunders Daniel & Anderson
Two West Second Street, Suite 700
Tulsa, OK 74103-3117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Todd A. Nelson, Esq.
Paul E. Rossler, Esq.
GableGotwals
110 North Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120-1495
918-595-4800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Mark C. McCartt

Date:  4/24/23  _____
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| Case: 23-cv-00159-GKF-SH | Court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA | County: | Job: 8762300 |
|---|---|---|---|
| **Plaintiff / Petitioner:** EATON CORPORATION | | **Defendant / Respondent:** EATON THERMAL PRODUCTS, LLC | |
| **Received by:** CLAUDIA DOHN | | **For:** GABLE GOTWALS | |
| **To be served upon:** EATON THERMAL PRODUCTS, LLC | | | |

I, Claudia Dohn, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** MICHAEL S. LINSCOTT, 2 W 2ND ST STE 700, TULSA, OK 74103
**Manner of Service:** Authorized, Apr 25, 2023, 1:58 pm CDT
**Documents:** COMPLAINT AND SUMMONS (Received Apr 24, 2023 at 4:37pm CDT)

**Additional Comments:**
1) Successful Attempt: Apr 25, 2023, 1:58 pm CDT at 2 W 2ND ST STE 700, TULSA, OK 74103 received by MICHAEL S. LINSCOTT. Age: 60-65 ; Ethnicity: Caucasian; Gender: Male; Height: 5'8"; Hair: Gray; Relationship: PERSON AUTHORIZED ;

_____  APR 25 2023
Claudia Dohn                      Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

CLAUDIA DOHN
1732 SW BLVD
TULSA, OK 74701
9185825353

M. SPENCER
Notary Public in and for
STATE OF OKLAHOMA
Commission #08002847
Expires: March 10, 2024